# EXHIBIT 1



May 12, 2021

John Dennis Sanacore
4100 W. Zelar St.
Tampa, FL 33629

*Via email to:* dennis.sanacore@gmail.com

       Re:     Employment Terms

Dear Dennis,

       This Letter Agreement confirms the understanding reached between you ("Employee" or "you" or "your") and Miner, Ltd., together with any of its current or future subsidiaries or affiliates as may employ the Employee from time to time, (the "Company") regarding the terms of your employment with the Company.

       1.     Your compensation plan change will commence on or about January 1, 2021.

       2.     You will continue to serve as a(n) VP of Service Sales & Strategic Accounts and continue to report to Dave Wright, President and be based out of the Tampa, FL location. During your employment with the Company, you agree to devote all of your business time, attention and energy to your duties with the Company and you will not become engaged in any other business activity which, in the reasonable judgment of the Company, would interfere with your ability to discharge your duties and responsibilities to the Company.

       3.     You will receive compensation as set forth on Exhibit A to this Letter Agreement which will be payable in accordance with the Company's customary payroll practices. In accordance with the Fair Labor Standards Act (FLSA), this position will be classified as Exempt.

       4.     As a condition to continued employment with the Company, you will be required to enter into a Non-Competition, Non-Solicitation and Confidentiality Agreement in the form provided by the Company.

       5.     Neither you, nor the Company, are obligated to fulfill any set term of employment. The nature of your employment at the Company is and will continue to be "at-will," meaning that either party may terminate your employment at any time, for any reason, with or without cause or notice. Upon any termination of your employment for any reason, no further payments by the Company to you will be due other than accrued but unpaid base salary through the date of your termination and any other accrued benefits to which you may be entitled pursuant to the terms of benefits plans in which you participate at the time of such termination.

       Please indicate your acceptance of the terms and provisions of this Letter Agreement by signing and returning one original to us. Once fully executed, we will provide you a copy for your files. By signing below, you acknowledge and agree that you have carefully read this Letter

MHS Legal – Rev. 6-1-18 - 1



Agreement and the attached Exhibit A in its entirety and fully understand and agree to its terms and provisions.  This Letter Agreement, Exhibit A thereto, and any other agreements executed by you as a condition of your employment constitute the entire agreement between the parties hereto with respect to the matters referred to herein and supersedes any and all prior agreements, whether written or oral, including the prior employment agreement between the parties. The Letter Agreement shall be governed and construed under the internal laws of the State of Florida and may be executed in several counterparts.


Very truly yours,

DocuSigned by:

*John Osgood*

Miner, Ltd.

By:  John Osgood
Its:  Vice-President, Field HR


Agreed and Accepted:


DocuSigned by:

*Dennis Sanacore*

John Dennis Sanacore


5/20/2021
Date

**John Dennis Sanacore**
**Exhibit A – Schedule of Compensation and Benefits**
**(Salaried – Annual Bonus Plan)**

**Compensation**:    You will continue to receive an annual base salary of $240,000.02, (bi-weekly $9230.77), which will be payable in accordance with the Company's customary payroll practices.

**Annual Bonus:**    In addition to your annual base salary, you will remain eligible to participate in the Company's EBITDA based bonus plan (the "Plan"), pursuant to a reduced annual target bonus percentage, which will be established annually by the applicable governing body of the Company (the "Board"). Under such plan, you will be eligible to earn an annual bonus payment equal to twenty-five percent (25%) of your base annual compensation. In addition, you will be eligible for an Incentive Plan, the terms of which are set forth in Addendum A, which is hereby attached to and incorporated into Exhibit A of your original Letter Agreement.

**Auto Allowance:**    You will continue to receive an auto allowance in the amount of $600 per month, ($276.92 bi-weekly) paid in 26 installments, which will be payable to you in accordance with the Company's customary payroll practices. This amount will be considered taxable income to you according to law. Car allowances are paid in lieu of mileage, and other vehicle related expense reimbursements.

**Other Comp.:**    None.

**Benefits**:    Healthcare – As a full-time employee, you are eligible for participation in the Company's competitive medical, dental and vision plans. Additionally, you will be eligible to participate in either the Flexible Spending Account (PPO) or Health Savings Account (High Deductible Plans). Additionally, you will have the opportunity to purchase critical illness and accident insurance at competitive group rates.

Basic & Supplemental Life and AD&D Insurance – You will be provided Basic Life and Accidental Death and Dismemberment insurance up to one (1)X your annual salary at no cost to you. You will also have the opportunity to purchase Supplemental Life at competitive group rates.

Short & Long-Term Disability – You will be eligible for Long Term Disability to provide income protection in the event you become disabled or unable to work for an extended period of time. This benefit is available at no cost to you. You will also have the opportunity to purchase Short Term Disability at competitive group rates.

401(k) Plan – You will be eligible to participate in the Company's 401(k) Plan, in which the Company will match fifty percent (50%) of the first four percent (4%) of your annual salary that you invest in the Plan.

DocuSign Envelope ID: B58D120B-1DA7-42BA-ADD4-231D19FCA774

**Benefit Eligibility**:        You are eligible for benefits effective the first day of active employment, subject to the terms and conditions of each plan.

<u>Addendum A to Exhibit A to Employment Offer Letter</u>
Dennis Sanacore
Incentive Plan 2021

**Effective January 1st 2021**

***What's changing?***
- Your target bonus percentage in the annual company bonus plan will be reduced by 50% and will be moved to an incentive plan as set forth below. The other 50% will remain in the annual company bonus plan.
- Earned incentive will be paid at the same time the OPG annual bonus plan is, based upon the performance of the below targets.
- This incentive plan is a pilot program for 2021. The program will be evaluated after the end of the year to determine plan structure for future years. Executive Management reserves the right to discontinue the incentive plan in future years if business objectives are not met.

**Dennis Sanacore Portfolio Target for 2021 (based on accounts listed in supplemental information below):**

| 2021 Portfolio Target: | | Baseline Sales | GP% | GP$ | |
|---|---|---|---|---|---|
| Year 2020 | $ | 12,917,943 | 31.22% | $ | 4,032,477 |
| 2021 Target | $ | 16,147,428 | 32.22% | $ | 5,202,071 |

**1) Scaled Incentive payout based on Sales and Gross Margin $ achievement:**

| | | Total Sales | GP% Target | | GP$ | Incentive % of GP$ | | Incentive $ |
|---|---|---|---|---|---|---|---|---|
| 92% cut in to earn | $ | 14,855,634 | 32.22% | $ | 4,785,905 | 0.7% | $ | 33,501 |
| Target | $ | 16,147,428 | 32.22% | $ | 5,202,071 | 1.2% | $ | 62,425 |
| Upside | $ | 17,147,428 | 32.22% | $ | 5,524,232 | 1.3% | $ | 71,815 |
| Upside | $ | 18,147,428 | 32.22% | $ | 5,846,393 | 1.5% | $ | 87,696 |
| Upside | $ | 19,147,428 | 32.22% | $ | 6,168,554 | 1.7% | $ | 104,865 |
| Upside | $ | 20,147,428 | 32.22% | $ | 6,490,715 | 1.9% | $ | 123,324 |

**2) Additional one-time incentive payout of $50,000 contingent on the following:**
   a. Execution of Amazon 2+ year contract with volume commitment and/or primary service provider and/or equivalent commitment from the customer by 2021 yearend. Or customer makes Miner a "Preferred Door and Dock Provider" in Miner key self-perform markets and we achieve a 2022 run-rate of $7M (give or take 10%). – Run rate defined as: AMZN Sales in Q4 2021x4 *(e.g., Q4 revenue of $1,772,000x4= 7,088,000 – this would be acceptable)*
   b. Execute 2nd Prologis Contract (to provide service for Prologis and Prologis tenants). Execute on the rollout of Prologis contract (version 2.0 rollout) through a formal presentation to all Prologis regional offices and their tenants. This rollout needs to also include a formal endorsement letter or email from Prologis Management to all tenants depicting Miner as the preferred dock and door supplier. Prologis must have revenue growth in 2021 vs. 2020 to qualify for this portion of the incentive payout.

DocuSign Envelope ID: B58D120B-1DA7-42BA-ADD4-231D19FCA774

<u>Addendum A to Exhibit A to Employment Offer Letter</u>
Dennis Sanacore
Incentive Plan 2021

    c.   Dave Wright to approve qualification for this one-time incentive payout based upon the criteria outlined in a & b.


*Dave Wright reserves the right to make changes to the incentive plan to ensure the best interest of all stakeholders.  Dave Wright would work with Kirk Yosick and/or John Osgood in relation to any changes.*



***Supplemental Information -  Dennis Sanacore portfolio list of accounts:***

<u>Addendum A to Exhibit A to Employment Offer Letter</u>
Dennis Sanacore
Incentive Plan 2021

| MONTH | REVENUE | GP | GP% |
|---|---|---|---|
| ACE HARDWARE | $32,325 | $19,632 | 60.7% |
| AMAZON | $1,073,089 | $511,958 | 47.7% |
| AMERICOLD | $1,223,821 | $281,929 | 23.0% |
| Anixter | $351,552 | $87,778 | 25.0% |
| BEN E KEITH | $17,913 | $9,380 | 52.4% |
| CHEP PALLETS | $102,899 | $36,266 | 35.2% |
| CHEP USA/BRAMBLES | $280,387 | $57,404 | 20.5% |
| FRITO LAY | $289,941 | $102,579 | 35.4% |
| GEODIS | $272,502 | $103,121 | 37.8% |
| Haskell | $580,096 | $101,857 | 17.6% |
| HEB | $2,093,608 | $724,895 | 34.6% |
| Mary Kay Inc. | $81,196 | $48,680 | 60.0% |
| MICHAELS PROCUREMENT CO. | $443,701 | $14,778 | 3.3% |
| PEPSI | $953,652 | $377,735 | 39.6% |
| PETSMART | $2,500 | $1,500 | 60.0% |
| PRIMESOURCE BLDG MATERIALS | $72,428 | $26,414 | 36.5% |
| PROLOGIS | $2,205,650 | $850,451 | 38.6% |
| PUBLIX | $1,750,562 | $386,276 | 22.1% |
| QUAKER OATS/PEPSI BEVERAGE | $2,858 | $1,624 | 56.8% |
| SADDLE CREEK | $453,164 | $109,866 | 24.2% |
| SADDLE CREEK LOGISTICS | $136,051 | $45,478 | 33.4% |
| Shaw Industries Group, Inc. | $278,386 | $69,196 | 24.9% |
| SUN STATE BUILDERS | $178,783 | $46,248 | 25.9% |
| TYSON FOODS INC. | $40,880 | $17,433 | 42.6% |
| YEAR TO DATE | $12,917,943 | $4,032,477 | 31.2% |

## Addendum A to Exhibit A to Employment Offer Letter
Dennis Sanacore
Incentive Plan 2021

To be eligible under this plan, you must be employed by the company at the time of distribution of bonuses, unless payment is otherwise required by state or federal law.

Annual incentives earned are to be paid on the last pay period of the month following the end of the year.

This plan does not constitute an employment contract and your employment remains "at will", meaning that you and the company each retain the right to terminate your employment at any time, for any reason, without notice.

This plan may be modified and/or terminated at any time by the company's board at any time, with or without notice and all determinations regarding payment of any bonus is at the sole discretion of the company.

DocuSigned by:

*Dennis Sanacore*

1ED38C29A7DB420

Name: Dennis Sanacore

Title: VP of Strategic Accounts

Date: 5/20/2021