# EXHIBIT 5

Annex A— Dennis Sanacore

March 10, 2017

As consideration received in connection with the transactions contemplated by that certain Transaction Agreement, dated as of February 4, 2017, by and among CI (MHE) Holdings, LLC and the other parties thereto and the sale of all of the ownership interest of Dennis Sanacore ("Rollover Member") in CI (MHE) Holdings, LLC pursuant thereto, including but not limited to Rollover Member's agreement to abide by the terms contained herein and in the Amended and Restated Limited Liability Company Agreement of MHS Investment Holdings, LLC (f/k/a CI (MHE) Holdings, LLC) (the "Company") dated as of March 10, 2017, as amended from time to time (the "LLC Agreement"), Rollover Member was granted on March 10, 2017 the following Units in the Company:

| Number of Units | Type of Units |
|---|---|
| 29.700 | Preferred Units B (Capital Interest) |
| 0.300 | Common Units (Capital Interest) |

Rollover Member and the Company acknowledge that the Preferred Units B (Capital Interest) and Common Units (Capital Interest) have been awarded and issued in reliance on applicable exemptions from registration, including without limitation Rule 701, adopted pursuant to Section 3(b) of the Securities Act, and Section 4(a)(2) of the Securities Act. This Annex A along with the LLC Agreement are intended to constitute a plan for purposes of Rule 701.

Rollover Member shall make a timely election under Section 83(b) of the Code with respect to the Preferred Units B (Capital Interest) and Common Units (Capital Interest) upon their issuance, in a manner reasonably prescribed by the Company (which shall include Rollover Member providing the Company a copy of such election promptly after making such election).

This Annex A, together with the LLC Agreement, to which this Annex A is attached, contains terms and conditions applicable to Rollover Member's Units. This Annex A will be updated and amended to reflect any additional contributions by Rollover Member and/or issuances of Units to Rollover Member. Unless otherwise noted, capitalized terms used herein and not defined herein shall have the meaning set forth in the LLC Agreement, to which this Annex A is attached.

Initial Capital Contribution: $30,000.00

Capital Account: $30,000.00

Company          All of the Units held by Rollover Member from time to time shall be subject

| | |
|---|---|
| <u>Repurchase Rights</u> | to a right of the Company to repurchase such equity within six (6) months following the termination of Rollover Member's employment as follows; <u>provided</u>, that if any of Rollover Member's Units have been held by Rollover Member (or Rollover Member's personal representative, as applicable) for six (6) months or less subsequent to the date such Units vested at any time the Company is entitled to exercise its right to repurchase such Units but for this proviso, the Company may exercise such right to purchase such Units within ninety (90) calendar days after such Units have first been held by Rollover Member (or Rollover Member's personal representative, as applicable) for greater than six (6) months subsequent to the date such Units vested: |

- In the case of a termination of Rollover Member's employment for Cause, the purchase price for the applicable Preferred Units B (Capital Interest) and Common Units (Capital Interest) shall be the lesser of (i) their fair market value on the date of termination (as determined in good faith by the Board) and (ii) the cost actually paid by Rollover Member for such Units.

- In the case of Rollover Member's resignation without Good Reason, the purchase price for Rollover Member's Preferred Units B (Capital Interest) and Common Units (Capital Interest) shall be the their fair market value on the date of termination (as determined in good faith by the Board).

- If the Company is prohibited by Delaware law or the terms of any debt or equity financing agreements or instruments from paying for such Units in cash, the Company shall be allowed to pay Rollover Member at such time as all prohibitions are no longer in effect.

- Notwithstanding any other provisions hereof to the contrary, if at any time the Board determines that Rollover Member has breached or violated any of Rollover Member's confidentiality, intellectual property, non-solicitation, non-competition or other restrictive covenants set forth in the LLC Agreement or the Employment Agreement, this Annex A, his or her Annex A to the Amended and Restated Limited Liability Company Agreement of MHS Acquisition Holdings, LLC dated as of March 10, 2017, as amended from time to time (the "<u>Harvest Parent LLC Agreement</u>"), if any, or any other agreement entered into by Rollover Member and the Company or any of its Affiliates, then, at the Company's sole discretion, and in addition to all other remedies available at law or in equity, all of Rollover Member's Units may be repurchased by the Company for a purchase price equal to the lesser of (i) their fair market value (as determined in good faith by the Board) and (ii) the cost actually paid by Rollover Member for such Units.

| | |
|---|---|
| <u>Restrictive</u> | <u>Non-Competition and Non-Solicitation</u>. Rollover Member hereby acknowledges and agrees to the following Restrictive Covenants (the |

Covenants

clauses (i) - (iii) below being "<u>Restrictive Covenants</u>"):

(i) For so long as Rollover Member holds any Units and for the thirty-six (36) month period after Rollover Member ceases to hold any Units (the "<u>Restricted Period</u>"), Rollover Member shall not, directly or indirectly, either for himself/herself or for any other Person, consult or advise for, provide services to, engage in (including sales and marketing for), own, operate, manage, control, participate in, be employed by or permit his name to be used by, any firm, company, business, entity or Person whose primary purpose is the operation of any business that competes with the Business (as defined below) (or any division or unit thereof), Company and/or any of its Subsidiaries (a "<u>Competing Business</u>") (whether for pay or no pay) in a Restricted Territory (as defined below). For purposes of this Agreement, the term "participate" includes any direct or indirect interest in any Competing Business, whether as a stockholder, partner, joint venturer, franchisor or otherwise (other than by ownership of less than five percent (5%) of a company whose securities are registered under the Securities Exchange Act of 1934, as amended, and listed on any national security exchange, so long as Rollover Member has no active participation in the business of such company), or rendering any direct or indirect service or assistance to any Competing Business. For purposes of this <u>Annex A</u>, "<u>Restricted Territory</u>" shall mean anywhere in North America or any other geographic location in which the Company and its Subsidiaries engage in the Business or have taken active steps toward engaging in the Business on the date hereof. For purposes of this <u>Annex A</u>, "<u>Business</u>" shall mean the business of providing repair service, planned maintenance support, leasing and lease structuring, sales and installation, equipment modernization, diagnostics and analytics services for truck loading dock equipment, commercial doors, recycling/waste handling equipment, material handling equipment, security and access controls solutions, storefront glass systems to customers, and similar equipment and fixtures located at retail, distribution, manufacturing, healthcare and hospitality companies or providing material handling equipment and fleet management and maintenance services, or in any other business activity directly related to the business in which the Company, through its Subsidiaries, is now, or contemplates to be, involved.

(ii) During the Restricted Period, without the written consent of the Company, Rollover Member shall not, directly or indirectly (A) engage, recruit or solicit for employment or engagement, offer employment to, hire, or enter into any independent contractor relationship with, any employee or independent contractor of any of the Company, its Subsidiaries or any of their Affiliates (each, a "<u>Restricted Person</u>"); (B) otherwise induce, or attempt to induce (or assist any other Person in engaging in any such activities), any Restricted Person to leave the employ of the Company, its Subsidiaries

or any of their Affiliates, or to accept employment with another Person, (C) in any way interfere with the relationship between the Company, its Subsidiaries or any of their Affiliates, on the one hand, and any Restricted Person, on the other hand, or (D) hire any Restricted Person, <u>provided</u>, that that nothing in this clause (ii) shall prohibit Rollover Member from engaging in any general advertising (including but not limited to, advertising in newspapers of general circulation) or general solicitation (including, but not limited to, through recruitment or search agencies or on the internet) not specifically targeted to such Restricted Persons. So as to avoid any disputes under the Restrictive Covenants, it shall be conclusively presumed by the parties that any such hiring contemplated by clauses (A) and (D) above, during the Restricted Period, will be in violation of this paragraph.

(iii) During the Restricted Period, without the written consent of the Company, Rollover Member shall not, directly or indirectly, call on or solicit any carrier, customer, supplier, consultant, contractor, licensee, licensor or other business relation (collectively, "<u>Excluded Persons</u>") of the Company, its Subsidiaries or any of their Affiliates (including any Excluded Persons of the Company, its Subsidiaries or any of their Affiliates at any time during the two (2) year period immediately prior to the date hereof), in order to induce or attempt to induce such Excluded Person to utilize the services of a Competing Business or cease doing business with the Company or any of its Affiliates, or in any way interfere with the relationship between any Excluded Person and the Company, its Subsidiaries or any of their Affiliates (including making any negative statements or communications about the Company, its Subsidiaries or any of their Affiliates).

(iv) During the Restricted Period, Rollover Member shall not, on behalf of himself or herself or on behalf of any other Person, and shall not direct any other Person, to disparage, denigrate or impair the commercial reputation regarding or concerning the Company or any of its Affiliates, any of their respective businesses, products or practices, or any of their respective directors, representatives, shareholders, members or Affiliates, either orally or in writing.

Rollover Member hereby agrees and acknowledges that (i) the provisions prohibiting certain competitive activities do not impose a greater restraint than is necessary to protect the goodwill or other business interests of the Company and its Subsidiaries; (ii) such provisions do not unduly impair Rollover Member's ability to earn a living after termination of Rollover Member providing services to the Company and its Subsidiaries; (iii) such provisions contain reasonable limitations as to time, scope of activity, and geographical area to be restrained; and (iv) Rollover Member's membership interest in the Company hereunder is sufficient to compensate Rollover Member for the restrictions contained herein. In consideration of the

foregoing and in light of Rollover Member's education, skills and abilities, Rollover Member agrees that he or she will not assert that, and it should not be considered that, any provisions herein prohibiting certain competitive activities otherwise are void, voidable or unenforceable or should be voided or held unenforceable.

Construction    In the event where a conflict exists between this Annex A and the LLC Agreement or the Employment Agreement, the LLC Agreement or the Employment Agreement, as applicable, shall control but solely to the extent of such conflict.

(i) The LLC Agreement, to which this Annex A is attached, (ii) the Harvest Parent LLC Agreement and Rollover Member's Annex A attached thereto and (iii) the Employment Agreement contain the entire understanding of the Company and Rollover Member with respect to the subject matter contained herein and therein and supersedes all prior agreements and understandings, oral and written, with respect thereto.

*[Signature Page Follows]*

Acknowledged and agreed:


Dennis Sanacore