# EXHIBIT 6

# Events

| File Creation Date (UTC): | 01/08/2025 14:46:37 |
|---|---|
| Filters: | 9/1/2024 12:00:00 AM to 1/8/2025 11:59:59 PM [ And ] Event type = File downloaded [ And ] Account Name = Dennis Sanacore |

**65 Results**

| Event Time | Event Type | Account Name | Event Description | Data Source | Path | Object Name |
|---|---|---|---|---|---|---|
| 2024-11-10T22:45:53.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments/2024 Phoenix National Accounts Deck.pptx | 2024 Phoenix National Accounts Deck.pptx |
| 2024-11-10T22:45:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | Amazon April 9th Update.pptx |
| 2024-11-10T22:45:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments/QBR Template.pptx | QBR Template.pptx |
| 2024-11-10T22:45:50.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | PCR.4.12.24.AMC Slide Deck.pptx |
| 2024-11-10T22:45:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/John Cadena/Desktop | Miner Dock Seal and Shelter Application Training JC.ppt |
| 2024-11-10T22:45:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | ProductEducationSeries-Stuntable2 -videoREMOVED-GP slides to Dennis.pptx |
| 2024-11-10T22:45:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | National Accounts Update 4-5.pptx |
| 2024-11-10T22:45:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | Bill Welch Org Chart.pptx |
| 2024-11-10T22:45:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | 2023 Commission Scales - End User.pptx |
| 2024-11-10T22:45:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | Margin Approval Escalation Guidelines.pptx |
| 2024-11-10T22:45:54.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | 2023 End User Leadership Roll Out Meeting.pptx |
| 2024-11-10T22:45:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | Miner DOS Incentive 2023 Final.pptx |
| 2024-11-10T22:45:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | 2024 End User Sales Initiative - Dave Slide Final.pptx |
| 2024-11-10T22:45:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | End User South - Budget Presentation Deck.pptx |
| 2024-11-10T22:45:54.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/2024 National Call | 2024 National Call Template.pptx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | 2023 Commission Scales - End User.pptx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | 2024 End User Sales Initiative - Dave Slide Final.pptx |
| 2024-11-27T22:11:38.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | 2023 End User Leadership Roll Out Meeting.pptx |
| 2024-11-27T22:11:37.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/2024 National Call | 2024 National Call Template.pptx |
| 2024-10-27T22:11:37.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerOperations/Documents/Management Instruction/Digitization/Horizon Transactions Instructions Leading Up To Go-Live/Deployment Support/Horizon Transactions Instructions Leading Up To Go-Live - SE2, W1, W2.pptx | Horizon Transactions Instructions Leading Up To Go-Live - SE2, W1, W2.pptx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | Margin Approval Escalation Guidelines.pptx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Travel | 2024 Travel Schedule.xlsx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | End User South - Budget Presentation Deck.pptx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South/Miner DOS Incentive 2023 Final.pptx | Miner DOS Incentive 2023 Final.pptx |
| 2024-11-27T22:11:36.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Sales Leadership Alignment Content/Head of Sales Folder - EU South | Bill Welch Org Chart.pptx |
| 2024-10-16T22:37:11.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | Copy of Current Payroll List - Sanacore.xlsx |
| 2024-10-16T22:37:11.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | National Accounts - 2025 planning for Brad.xlsx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | Amazon Sept Update.pptx |
| 2024-10-14T19:06:52.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/John Cadena/Desktop | Miner Dock Seal and Shelter Application Training JC.ppt |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments/2024 Phoenix National Accounts Deck.pptx | 2024 Phoenix National Accounts Deck.pptx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments/Miner - National Accounts Tier 1 7-17-24.pptx | Miner - National Accounts Tier 1 7-17-24.pptx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerOperations/Documents/Management Instruction/Operational Metrics/3-Day Call Tracker/GP & UMW/GP South 3-Day Call Log and Site Visit Tracker - .xlsx | GP South 3-Day Call Log and Site Visit Tracker - .xlsx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/ConstructionSales/Documents | Contract List.xlsx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments/QBR Template.pptx | QBR Template.pptx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | Amazon Construction Opportunity 2025.pptx |
| 2024-10-14T19:06:51.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountsOprerations/Documents/Team Natty/Amazon PM Master 2024.xlsx | Amazon PM Master 2024.xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountSalesandOperations/Documents/Crowe/Standard Work/Audit | National Accounts Audit Plan (Master).xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountSalesandOperations/Documents/Crowe/Standard Work/Audit | National Accounts Audit Plan.xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountSalesandOperations/Documents/Crowe/Standard Work/Audit | National Accounts Audit Plan.xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Big Gear_ Monthly Alignment Tracker.xlsx | Big Gear_ Monthly Alignment Tracker.xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Big Gear_ Monthly Alignment Tracker.xlsx | Big Gear_ Monthly Alignment Tracker.xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountSalesandOperations/Documents/Crowe/Standard Work/Audit | National Accounts Audit Plan (Master).xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/ConstructionSales/Documents/CS Flowdown Summary - Quarter View.xlsx | CS Flowdown Summary - Quarter View.xlsx |
| 2024-10-14T15:07:24.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Big Gear_ Monthly Alignment Tracker.xlsx | Big Gear_ Monthly Alignment Tracker.xlsx |
| 2024-10-14T15:07:25.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments | Phoenix Sample Deck for Monday's Call.pptx |
| 2024-10-14T15:07:25.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments | Systems Overview_2024.pdf |
| 2024-10-14T15:07:25.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments | Systems Overview_2024.pdf |
| 2024-10-13T21:48:40.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments | Systems Overview_2024.pdf |
| 2024-10-13T21:49:20.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments | Systems Overview_2024.pdf |
| 2024-09-26T16:45:27.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments | Systems Overview_2024.pdf |
| 2024-09-26T16:45:26.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Attachments/QBR Template.pptx | QBR Template.pptx |
| 2024-09-26T16:45:26.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | Phoenix Sample Deck for Monday's Call.pptx |
| 2024-09-26T16:45:26.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Miner - National Accounts Tier 1 7-17-24.pptx | Miner - National Accounts Tier 1 7-17-24.pptx |
| 2024-09-20T18:46:42.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Management Instruction/Operational Metrics/Team Natty/Amazon PM Master 2024.xlsx | Amazon PM Master 2024.xlsx |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountsOprerations/Documents/Amazon/Dock Door 2025 Pricing Request_US_Canada.xlsx | Dock Door 2025 Pricing Request_US_Canada.xlsx |
| 2024-09-20T15:21:09.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | CS Flowdown Summary - Quarter View.xlsx |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountsOprerations/Documents/Team Natty/Miner - National Accounts Tier 1 7-17-24.pptx | Miner - National Accounts Tier 1 7-17-24.pptx |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/ConstructionSales/Documents | Contract List.xlsx |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerLeadership/Documents/Big Gear_ Monthly Alignment Tracker.xlsx | Big Gear_ Monthly Alignment Tracker.xlsx |
| 2024-09-17T14:40:14.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerOperations/Documents/Management Instruction/Operational Metrics/3-Day Call Tracker/GP & UMW | GP South 3-Day Call Log and Site Visit Tracker - .xlsx |
| 2024-09-20T15:46:02.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/NationalAccountsOprerations/Documents/Team Natty/Amazon PM Master 2024.xlsx | Amazon PM Master 2024.xlsx |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/John Cadena/Desktop | Amazon Sept Update.pptx |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents | Miner Dock Seal and Shelter Application Training JC.ppt |
| 2024-09-17T14:40:13.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices-my.sharepoint.com | /personal/dsanacore_minercorp_com/Documents/Poweramp Deck for Steve 2024.pptx | Poweramp Deck for Steve 2024.pptx |
| 2024-09-17T15:11:31.000Z | File downloaded | Dennis Sanacore | | https://materialhandlingservices.sharepoint.com | /sites/MinerOperations/Documents/Management Instruction/Operational Metrics/3-Day Call Tracker/GP & UMW | GP South 3-Day Call Log and Site Visit Tracker - .xlsx |