UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MINER, LTD.,                                    Case No. 8:25-cv-01538-KKM-TGW

    *Plaintiff*,

v.

JOHN DENNIS SANACORE,

    *Defendant*.
_____/

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Gary Vist, Esq., will serve as Lead Counsel for the Plaintiff, MINER, LTD., in the above-styled action:

> Gary Vist, Esq.
> MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
> 203 N. LaSalle Street, Suite 1700
> Chicago, Illinois 60601-1262
> (312) 245-7500
> gvist@masudafunai.com
> *(pro hac vice admission pending)*

> Respectfully submitted,
> **BARAKAT + BOSSA PLLC**
> *Attorneys for Plaintiff*
> 201 Alhambra Circle, Suite 1060
> Coral Gables, FL 33134
> Tel: (305) 444-3114
> Fax: (305) 444-3115
>
> By: */s/ Jocelyne A. Macelloni*
>     **JOCELYNE A. MACELLONI**
>     Florida Bar. No. 92092
>     jmacelloni@b2b.legal
>     service@b2b.legal
>     dsimon@b2b.legal



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day upon the Defendant, John Dennis Sanacore, at 4100 W. Zelar Street, Tampa, Florida 33629.

By: */s/ Jocelyne A. Macelloni*
    **JOCELYNE A. MACELLONI**



201 Alhambra Circle, Suite 1060, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@b2b.legal