# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

MINER, LTD.  CASE NO. 8:25-cv-1538-KKM-TGW

    Plaintiff,

v.

JOHN DENNIS SANACORE,

    Defendant.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, JOHN DENNIS SANACORE

**PLEASE TAKE NOTICE** that Chad K. Lang, Esq. hereby appears as litigation counsel for the Defendant, JOHN DENNIS SANACORE ("Defendant"). All parties are requested to take notice of the appearance of this counsel and to serve all copies of any and all motions, order, pleadings, notices, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Dated: June 20, 2025

                                        Respectfully submitted,

                                        By: /s/ *Chad K. Lang, Esq.*
                                        Chad K. Lang, Esq.
                                        Florida Bar No. 156922
                                        **SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
Fax: 855.327.0391
Email: clang@smgqlaw.com
*Attorneys for Defendant John Dennis Sanacore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served on this day, via transmission of Notices of Electronic Filing generated by CM/ECF to: Jocelyne a. Macelloni, Esq., Pavla Vitkova, Esq., Barakat + Bossa, PLLC, *Attorneys for Plaintiff*, 201 Alhambra Circle, Suite 1060, Coral Gables, FL 33134 (jmacelloni@b2b.legal, pvitkova@b2b.legal, service@b2b.legal, gromero@b2b.legal) and Gary Vist, Esq., Masuda, Funai, Eifert & Mitchell, Ltd., *Attorneys for Plaintiff Pro Hac Vice*, 203 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1262 (gvist@masudafunai.com).

By: */s/ Chad K. Lang, Esq.*
Chad K. Lang, Esq.
Florida Bar No. 156922