UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

MINER, LTD.                                        CASE NO. 8:25-cv-1538-KKM-TGW

      Plaintiff,

v.

JOHN DENNIS SANACORE,

      Defendant.
_____/

**<u>DEFENDANT JOHN DENNIS SANACORE'S
MOTION FOR TWO-DAY EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S *EX-PARTE* VERIFIED MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELMINARY
INJUNCTION</u>**

Defendant JOHN DENNIS SANACORE ("Defendant"), by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby moves this Court for a two-day extension of time for the service and filing of a response to Plaintiff's *Ex-Parte* Verified Motion for Temporary Restraining Order and Preliminary Injunction ("*Ex-Parte* Verified Motion"). In support of this motion, Defendant states as follows:

1. On June 13, 2025, Plaintiff Miner, Ltd. ("Plaintiff") filed the 25-page *Ex-Parte* Verified Motion, along with seven (7) exhibits.

2. On June 18, 2025, the undersigned accepted service of the

Complaint and the *Ex-Parte* Verified Motion.

3. Pursuant to the Court's Order dated June 13, 2025, the Court has expedited Defendant's response deadline, which is now due no later than June 25, 2025. *See* D.E. 8

4. The evidentiary hearing on Plaintiff's *Ex-Parte* Verified Motion is not scheduled until July 9, 2025. [D.E. 8].

5. In order to give Defendant sufficient time to analyze Plaintiff's *Ex-Parte* Verified Motion, research all necessary issues, and prepare a robust response, Defendant respectfully requests that the Court enlarge the time for Defendant to respond to Plaintiff's Ex-Parte Motion for Temporary Restraining Order and Preliminary Injunction by two (2) days up to and including June 27, 2025. _____.

6. This motion is made on the grounds stated herein and is not submitted for the purpose of delay, nor is Plaintiff prejudiced by the requested extension of time.

**WHEREFORE,** Defendant, John Dennis Sanacore respectfully requests that the Court grant this motion and extend the deadline for Defendant to respond to Plaintiff's Verified Ex-Parte Motion for Temporary Restraining Order and Preliminary Injunction up through and including June 27, 2025.

# CERTIFICATE OF CONFERENCE PURSUANT TO M.D. FLA. L.R. 3.01(g)

Pursuant to M.D. Fla. Local rule 3.01(g), the undersigned counsel certifies that a good faith attempt was made to confer with Plaintiff's counsel regarding the relief requested in this filing. The undersigned counsel sent an e-mail correspondence to Plaintiff's counsel late this afternoon requesting to file this motion unopposed. Understandably so, as of the time of this submission, undersigned counsel has not received a response. Given the time sensitive nature of this motion, the undersigned counsel felt it prudent to file this motion now and update the Court immediately upon receiving a response from Plaintiff's counsel. Counsel will continue to make diligent efforts to confer with opposing counsel and promptly update the Court as appropriate.

Dated: June 20, 2025

Respectfully submitted,

By: /s/ *Chad K. Lang, Esq.*
Chad K. Lang, Esq.
Florida Bar No. 156922
**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Tel: 305.377.1000
Fax: 855.327.0391
Email: clang@smgqlaw.com
*Attorneys for Defendant John Dennis Sanacore*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served on this day, via transmission of Notices of Electronic Filing generated by CM/ECF to: Jocelyne a. Macelloni, Esq., Pavla Vitkova, Esq., Barakat + Bossa, PLLC, *Attorneys for Plaintiff*, 201 Alhambra Circle, Suite 1060, Coral Gables, FL 33134 (jmacelloni@b2b.legal, pvitkova@b2b.legal, service@b2b.legal, gromero@b2b.legal) and Gary Vist, Esq., Masuda, Funai, Eifert & Mitchell, Ltd. (pro hac vice admission pending), *Attorneys for Plaintiff Pro Hac Vice*, 203 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1262 (gvist@masudafunai.com).

By: */s/ Chad K. Lang, Esq.*
Chad K. Lang, Esq.
Florida Bar No. 156922