# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MINER, LTD., a Texas limited partnership ) | |
| Plaintiff, ) | |
| v. ) | Case No. 8:25-cv-01538-KKM-TGW |
| ) | |
| JOHN DENNIS SANACORE, ) an individual ) | |
| Defendant. ) | |

## NOTICE OF ACCEPTANCE OF SERVICE OF PROCESS

Counsel for the Defendant, John Dennis Sanacore ("Mr. Sanacore"), hereby acknowledges receipt, on June 18, 2025, of a copy of the Complaint, the *Ex-Parte* Verified Motion for Temporary Restraining Order and Preliminary Injunction, the Summons, the Scheduling Order [D.E. 8], and all other documents filed in this case, accepts service of same on behalf of Mr. Sanacore, and waives formal service of process upon Mr. Sanacore.

DATED this 23rd day of June, 2025.

                                                 */s/ Chad K. Lang*
                                               Chad K. Lang, Esq.
                                               SMGQ LAW
                                               Attorney for Mr. Sanacore

Respectfully submitted,

**BARAKAT + BOSSA PLLC**
*Attorneys for Plaintiff*
201 Alhambra Circle, Suite 1060
Coral Gables, FL 33134
Tel: (305) 444-3114
Fax: (305) 444-3115

By: */s/ Jocelyne A. Macelloni*
   **JOCELYNE A. MACELLONI**
   Florida Bar. No. 92092
   jmacelloni@b2b.legal
   service@b2b.legal
   dsimon@b2b.legal

-and-

Gary Vist, Esq.
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 1700
Chicago, Illinois 60601-1262
(312) 245-7500
gvist@masudafunai.com
*(pro hac vice admission pending)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served this day upon counsel for the Defendant, Chad K. Lang, Esq., at clang@smgqlaw.com, via the Court's CM/ECF system.

By: */s/ Jocelyne A. Macelloni*
   **JOCELYNE A. MACELLONI**