UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINER, LTD.,
Plaintiff,

v.   Case No. 8:25-cv-1538-KKM-TGW

JOHN DENNIS SANACORE,
Defendant.
_____/

ORDER

THIS CAUSE came on for consideration upon the Motion for Special Admission (Doc. 3). Attorney Gary Vist has complied with the Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That the Motion for Special Admission (Doc. 3) is **GRANTED**, and attorney Gary Vist is authorized to appear pro hac vice.

DONE and ORDERED at Tampa, Florida, this 23rd day of June, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE